DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Dalenko v. Wake Cty. Dep't of Human Servs.<br><br>Case below:<br>157 N.C. App. 49 | No. 240P03 | 1. Plt's NOA Based Upon a Constitutional Question (COA02-377) | 1. —— |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Defs' Motion to Dismiss Appeal | 3. Allowed |
| | | 4. Defs' Conditional PDR as to Additional Issues | 4. Dismissed as Moot |
| | | 5. Plt's Motion for Temporary Stay | 5. Denied **08/18/03** |
| | | 6. Plt's Petition for Writ of Supersedeas | 6. Denied **08/18/03** |
| | | 7. Plt's Alternative Petition for Writ of Mandamus | 7. Denied **08/18/03** |
| | | 8. Plt's (Carol Bennett) PWC to Review the Order of the COA | 8. Denied |
| | | 9. Plt's (Louis Dalenko Estate by Carol Bennett) PWC to Review the Order of the COA | 9. Denied |
| Department of Transp. v. Airlie Park, Inc.<br><br>Case below:<br>156 N.C. App. 63 | No. 143PA03 | Def's (Airlie Park, Inc.) PDR Under N.C.G.S. § 7A-31 (COA02-766) | Allowed |
| Dye v. Dye<br><br>Case below:<br>135 N.C. App. 385 | No. 180P03-2 | 1. Def's PWC to Review the Orders of the District Court (COA98-1324) | 1. Dismissed |
| | | 2. Def's PWC to Review the Decision of the COA | 2. Denied |
| | | 3. Def's Motion to Terminate This Case and All Child Support From All Malfeasant Motions and Orders from 12/86 | 3. Dismissed |
| Ellis v. White<br><br>Case below:<br>156 N.C. App. 16 | No. 179P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA01-1577) | Denied |
| Gifford v. Linnell<br><br>Case below:<br>157 N.C. App. 530 | No. 298P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-521) | Denied |
| Harleysville Mut. Ins. Co. v. Narron<br><br>Case below:<br>155 N.C. App. 362 | No. 093P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-137) | Denied |
| Harold Lang Jewelers, Inc. v. Johnson<br><br>Case below:<br>156 N.C. App. 187 | No. 166P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-429) | Denied<br><br>**Martin, J. recused** |